[This decision has been published in *Ohio Official Reports* at 93 Ohio St.3d 500.]

THE STATE EX REL. TANEFF, APPELLANT, *v.* CITY OF COLUMBUS ET AL.,

APPELLEES.

[Cite as *State ex rel. Taneff v. Columbus*, 2001-Ohio-1601.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 01-684—Submitted September 18, 2001—Decided October 31, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-782.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Michael J. Muldoon*, for appellant.

*Janet Jackson,* City Attorney, and *Michael C. Matuska,* Assistant City Attorney, for appellee city of Columbus.

*Betty D. Montgomery*, Attorney General, and *Daniel M. Hall*, Assistant Attorney General, for appellee Industrial Commission.

————————————